IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDSAFWAY INDUSTRIES, LLC, F/K/A BRAND ENERGY SERVICES, LLC, | CIVIL ACTION |
| Plaintiff, | C.A. |
| v. | |
| POWER PIPING COMPANY, a corporation, | |
| Defendant. | |

## COMPLAINT IN CIVIL ACTION

AND NOW, comes the Plaintiff, BrandSafway Industries, LLC f/k/a/ Brand Energy Services, LLC, ("Brand"), by and through its undersigned attorneys, Dickie, McCamey & Chilcote, P.C. and W. Alan Torrance, Jr., Esquire, and files the within COMPLAINT and in support thereof avers as follows:

## PARTIES

1. Brand is a Delaware Corporation which maintains its principal place of business at 1325 Cobb International Drive, Suite A-1, Kennesaw, Georgia 30152.

2. Defendant, Power Piping Company ("PPC"), is a Pennsylvania corporation with its principal place of business at 436 Butler Street, Etna, Pennsylvania 15223.

## JURISDICTION AND VENUE

3. The sole member of Brand is Brand Industrial Projects, LLC which is a Delaware Corporation which maintains its principal place of business at 1325 Cobb International Drive, Kennesaw, Georgia 30152.

4. The sole member of Brand Industrial Projects, LLC is Brand Shared Services, LLC which is a Delaware Corporation which maintains its principal place of business at 1325 Cobb International Drive, Kennesaw, Georgia 30152.

5. The sole member of Brand Shared Services, LLC is Brand Industrial Services, Inc., which is a Delaware Corporation which maintains its principal place of business at 1325 Cobb International Drive, Kennesaw, Georgia 30152.

6. For purposes of diversity jurisdiction, Brand is a citizen of Delaware and Georgia.

7. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) because this action is a dispute between citizens of different states and the amount in controversy exceeds $75,000.00.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) because the Defendant's principal place of business is located within this district; and § 1391(b)(2).

## FACTUAL BACKGROUND

9. PPC as contractor entered into a construction contract with American Electric Power Service Corporation and/or Appalachian Power Company as owner (hereinafter collectively referred to as "AEP") for a construction project known as Unit 3 Coal Piping Replacement Project, located in Winfield, West Virginia. (hereinafter the "Project").

10. PPC contracted with Brand to provide scaffold equipment, including labor and materials, to facilitate PPC's work on the Project, (hereinafter the "Subcontract").

11.     Pursuant to the terms of the Subcontract, Brand provided equipment, labor and materials to PPC and the Project.

12.     Brand invoiced PPC for the equipment, labor and materials used on the Project.

13.     Having not received payment in full, pursuant to the terms of the Subcontract, Brand filed a claim with in private arbitration seeking payment as well as other damages.

14.     In connection with the Project, PPC filed suit against AEP in the United States District Court for the Southern District of Ohio, Eastern Division at docket No. 2:14-cv-2388 seeking payment for the supply of labor, materials and equipment to the Project (hereinafter "AEP Litigation").

15.     Ultimately, Brand and PPC entered into a Full and Final Mutual Release and Agreement ("Agreement"), which is not attached to this Complaint due to a confidentiality clause in the Agreement.  Brand will file a Motion for Leave with this Court to file the Agreement under seal pursuant to local Rule.

16.     Pursuant to the Agreement, PPC agreed to pay a specific amount and perhaps more depending on other contingencies set forth in the Agreement.

17.     Pursuant to the terms of the Agreement, PPC has paid a portion of the principal amount due Brand.

18.     PPC has failed to timely issue payments under the Agreement.  The cure period set forth in the Agreement has expired.  Upon information and belief, PPC has repudiated the Agreement and has no intention to issue any additional payments to Brand. Regardless, the failure of PPC to tender payments due constitutes separate and

independent defaults of the Agreement entitling Brand to the remedies set forth in this Complaint.

19. All conditions precedent to filing this Complaint and the relief requested herein have been satisfied.

## **COUNT I**

## **Breach of Contract**

20. Plaintiff incorporates by reference all paragraphs above inclusive as though fully set forth herein at length.

21. PPC's failure to timely make payments due constitutes separate and independent defaults and breaches of the Agreement.

22. Pursuant to the terms of the Agreement, payment in excess of the jurisdictional limits of this Court is immediately due and payable.

23. The failure of PPC to issue payment of the amounts due is a breach of the Agreement.

24. Pursuant to the Agreement, Brand is entitled to recover its attorney's fees and costs to enforce its right to payment.

25. Depending on the amount PPC is obligated to pay to satisfy certain obligations referenced in the Agreement, Brand may be entitled to recover an additional payment from PPC, over and above the amounts currently due.

26. As a direct and proximate result of Defendant's breach of contract, Plaintiff has sustained the following damages, which will continue:

    a) Payment of the principal amount, and possibly additional amounts, due under the Agreement;

   b) Interest on the amount of principal accruing at the applicable prime rate beginning on the date of the Settlement Agreement; and

   c) Attorney's fees and costs.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter judgment in the amount in excess of the jurisdictional minimum, plus prejudgment and post judgment interest, attorney's fees and costs.

Dated: 4/5/19

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____
  W. Alan Torrance, Jr., Esquire
  PA Id. #49592

Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402
Tel.: 412-392-5326
Fax: 412-392-5367
E-mail: atorrance@dmclaw.com

Counsel for Plaintiff
BrandSafway Energy Services, LLC

8264971.1