IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRANDSAFWAY INDUSTRIES, LLC, F/K/A
BRAND ENERGY SERVICES, LLC,

CIVIL DIVISION

Plaintiff,

v.

Civil Action No.: 2:19-cv-00386-MPK

POWER PIPING COMPANY, a corporation,

Defendant.

## JUDGMENT

Defendant Power Piping Company, a corporation, having failed to plead or otherwise defend in this action, and default have been entered,

NOW, upon application of the Plaintiff and upon affidavit that Defendant is indebted to the Plaintiff in the sum of Seven Hundred Nine Thousand, Seven Hundred Six and 43/100 ($709,706.43) Dollars, that Defendant is nor a minor or incompetent person and not in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED, that Plaintiff(s) recover of Defendant the sum of $709,706.43 plus costs of this suit.

s/Joshua C. Lewis
_____
CLERK

Dated: 8/19/19

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

DICKIE, McCAMEY & CHILCOTE, P.C.

By: /s/ W. Alan Torrance, Jr.
    W. Alan Torrance, Jr., Esquire
    PA Id. #49592

Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
Tel.: 412-392-5326
Fax: 412-392-5367
E-mail: atorrance@dmclaw.com

Counsel for Plaintiff
BrandSafway Industries, LLC f/k/a Brand Energy Services, LLC

9138838.1